**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY DENNIS ROE,** ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 08-1239-R(AJW) |
| ) | |
| v. ) | |
| ) | |
| **JAMES A YATES, Warden,** ) | MEMORANDUM AND ORDER |
| ) | TRANSFERRING PETITION |
| Respondent. ) | |
| _____) | |

Petitioner is incarcerated in the Pleasant Valley State Prison in Fresno County, California. [Petition at 1]. Fresno County is located in the Eastern District of California. 28 U.S.C. §84(b). Further, although petitioner was convicted in this district, he does not challenge either that conviction or the resulting sentence. Instead, petitioner challenges the calculation of his sentence credits and his parole date. See Memorandum in Support of Petition & Supplemental Petition].

A petition for a writ of habeas corpus filed by a person in custody under the judgment of a state court located within a state that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Although each district has concurrent

jurisdiction to entertain the petition, the district court in which the petition was filed may transfer the petition to another district in the furtherance of justice. See 28 U.S.C. § 2241(d). If a petition challenges a conviction or sentence, venue in the district in which the petitioner was convicted and sentenced is preferred. If, as here, the petition is directed to the manner in which a sentence is being executed – for example, if it involves parole or time credits claims – the district of confinement is the preferable forum. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Accordingly, in the interests of justice, this action is transferred to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated: _January 5, 2009___

_____
Manuel L. Real
United States District Judge

2